UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LEE ANN SWAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:13-cv-0077 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | Magistrate Judge Knowles |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion for Judgment on the Administrative Record* (Docket Entry No. 16). The Magistrate Judge has issued a thorough Report and Recommendation (R & R), recommending the motion be denied and the decision of the Commissioner be affirmed. (Docket Entry No. 21).

Plaintiff has made timely objections to the R & R. (Docket Entry No. 22). These objections, however, merely restate the arguments set forth in Plaintiff's original motion, which were fully addressed in the Magistrate Judge's R & R. Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 21) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's *Motion for Judgment on the Administrative Record* (Docket Entry No. 16) is hereby DENIED;

(3) This case is hereby DISMISSED WITH PREJUDICE; and

(4) The decision of the Commissioner is hereby AFFIRMED.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE